**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

IN RE: MATTHEW CASCIANI
KRISTIN MELISSA CASCIANI,

Debtors.

CASE NO: 09-71991
Chapter 7

## NOTICE AND MOTION TO APPROVE SALE OF REAL PROPERTY

Matthew Casciani and Kristin Melissa Casciani have filed papers with the court to Sell Real Property.

**Your rights may be affected. You should read these papers carefully and discuss them with your Attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to grant the relief sought in the motion, then on or before **6 /27 /12** , you or your attorney must: File with the court, at the address below, a written request for hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
Norfolk Division
600 Granby Street
Norfolk, VA 23510

You must also mail a copy to:

Hampton Roads Legal Services
2624 Southern Blvd. Suite 101 and
Virginia Beach, VA 23452

Matthew Casciani
Kristin Melissa Casciani
1233 Heathcliff Drive
Virginia Beach, VA 23464

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Edrie A. Pfeiffer, Esquire
Counsel for the Debtors
2624 Southern Blvd. Suite 101
Virginia Beach, VA 23452
(757)340-3100
VSB 41791
admin@hamptonroadslegal.com

**MOTION TO APPROVE SALE OF REAL PROPERTY**

COMES NOW, Matthew Casciani and Kristin Melissa Casciani by counsel, and applies the Court for authority to sell the Estate's interest in certain real property, as set forth below, and in support thereof, states as follows:

1. That this case commenced upon the filing of a Voluntary Petition for Bankruptcy under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on May 14, 2009. The case was converted to one under Chapter 7 of Title 11 on or about January 9, 2012. An Order for Relief of that date was entered by the Court.

2. That among the assets of the Estate, listed herein, are certain real property located in the City of Virginia Beach, Virginia. Said property is located 1322 W. Orlando Street, Broken Arrow OK 74011. Further described as:

Lot 1, Block Three, Silvertree, Broken Arrow, Oklahoma

3. That the client has secured an offer to purchase the Estate's interest in the subject property for the sum of $100,000.00, which is, in the opinion of Counsel a fair offer, indicative of the Estate's portion of the equity available out of the property.

4. That the Debtors propose to use approximately $72,001.58 of the net proceeds of the sale to satisfy the First Deed of Trust in favor of Seterus Mortgage, which has a payoff balance of approximately $72,001.58.

5. That the Debtors propose to use approximately $9,671.69 of the net proceeds of the sale to satisfy the Second Deed of Trust in favor of Seterus Mortgage, which has a payoff balance of approximately $9,671.69.

6. That the associated Closing costs are approximately $13,814.00, including $570.00 to pay all outstanding Utilities, Taxes and Fees.

6. That Edrie A. Pfeiffer is entitled to fees in the amount of $500.00 for the filing of this Motion and entry of a subsequent Order, which should also be paid out at closing.

7. That the Debtors would retain approximately $4012.73, which amount has been claimed exempt, after all liens, associated closing costs and payment to the Plan.

Edrie A. Pfeiffer, Esquire
Counsel for the Debtors
2624 Southern Blvd. Suite 101
Virginia Beach, VA 23452
(757)340-3100
VSB 41791
admin@hamptonroadslegal.com

9. That the expected Closing date is set for June 29, 2012.

10. That no creditor or party in interest will be adversely affected if the relief requested herein is granted.

WHEREFORE, the Debtors pray for the entry of an Order authorizing them to sell the real property aforesaid upon the terms and conditions set forth above, and for such other reasonable and equitable relief as the Court deems appropriate.

MATTHEW CASCIANI
KRISTIN MELISSA CASCIANI

By:______________________
Of Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing proposed Motion was mailed to or electronically served upon the Debtors, Trustee, United States Trustee, and all creditors and parties in interest at their respective addresses on the attached Service List on June 6, 2012.

______________________
EDRIE A. PFEIFFER

Edrie A. Pfeiffer, Esquire
Counsel for the Debtors
2624 Southern Blvd. Suite 101
Virginia Beach, VA 23452
(757)340-3100
VSB 41791
admin@hamptonroadslegal.com

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins 4. ☐ VA 5. ☐ Conv Ins. 6. ☐ Seller Finance | 6. File Number 232651 | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Jacob Moore | Matthew Casciani | |

| G. Property Location | H. Settlement Agent Name | |
|---|---|---|
| SILVERTREE, Block 3, Lot 1, Tulsa County<br>1322 West Orlando Street<br>Broken Arrow, OK | Guaranty Abstract Company<br>320 S. Boulder Avenue<br>Tulsa, OK 74103 Tax ID: 73-0267020<br>Underwritten By: Lawyers | |
| | Place of Settlement<br>Guaranty Abstract Company<br>2705 E. 21st Street<br>Tulsa, OK 74114 | I. Settlement Date<br>5/18/2012<br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | $100,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. County Property Taxes | | 406. County Property Taxes | |
| 107. | | 407. | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due to Seller** | $100,000.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $10,690.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan | $72001.69 |
| 205. | | 505. Payoff of second mortgage loan | ~~$9,671.69~~ |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. County Property Taxes 01/01/12 thru 05/18/12 | | 510. County Property Taxes 01/01/12 thru 05/18/12 | $527.90 |
| 211. | | 511. | |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reduction Amount Due Seller** | $11,217.90 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | | 601. Gross Amount due to seller (line 420) | $100,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amt. due seller (line 520) | $11,217.90 |
| **303. Cash From Borrower** | | **603. Cash To Seller** | $88,782.10 |

Less Mortgage Payoff

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

File No. 232651

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | $100,000.00 @7 % = $7,000.00 | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $4,000.00 | to Accent Realtors | | |
| 702. $3,000.00 | to Orlando & Associates Realtors | | |
| 703. Commission Paid at Settlement | | | $7,000.00 |
| 704. Contract Management Fee | to Accent Realtors | | $395.00 |
| 705. Broker Closer Fee | to | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Loan Origination Fee % | to | | |
| 802. Loan Discount % | to | | |
| 803. Appraisal Fee | to | | |
| 804. Credit Report | to | | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Insurance Application | to | | |
| 807. Assumption Fee | to | | |
| 808. Tax Service Fee | to | | |
| 809. Flood Certificate Fee | to | | |
| 810. Processing Fee | to | | |
| 811. Underwriting Fee | to | | |
| 812. Funding Fee | to | | |
| 813. Broker Fee | to | | |
| 814. Administration Fee | to | | |
| 815. Document Preparation Fee | to | | |
| 816. Lender's Inspection Fee | to | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | |
| 901. Interest from 5/18/2012 to 6/1/2012 @ $0/day | | | |
| 902. Mortgage Insurance Premium for months | to | | |
| 903. Hazard Insurance Premium for years | to | | |
| **1000. Reserves Deposited With Lender** | | | |
| 1001. Hazard insurance | months @ per month | | |
| 1002. Mortgage insurance | months @ per month | | |
| 1003. County Property Taxes | months @ per month | | |
| 1004. HOA Dues | months @ per month | | |
| 1005. Other Taxes | months @ per month | | |
| 1006. | months @ per month | | |
| 1007. | months @ per month | | |
| 1008. | months @ per month | | |
| 1011. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee | to | | |
| 1102. Abstract or title search | to Guaranty Abstract Company | | $705.00 |
| 1103. Title examination | to | | |
| 1104. Seller's Closing Fee | to Guaranty Abstract Company | | $350.00 |
| 1105. Document preparation | to Guaranty Abstract Company | | $75.00 |
| 1106. Notary fees | to | | |
| 1107. Attorney's fees | to | | |
| (includes above items numbers: | ) | | |
| 1108. Title insurance | to | | |
| (includes above items numbers: | ) | | |
| 1109. Lender's coverage | $0.00 Premium $0.00 | | |
| 1110. Owner's coverage | $100,000.00 Premium $0.00 | | |
| 1111. Final GAP Search | to Guaranty Abstract Company | | $35.00 |
| 1112. Final Title Report | to | | |
| 1113. Shipping/Storage Fee | to | | |
| 1114. Buyer's Name Check | to | | |
| 1115. Special Assessment Letter | to Guaranty Abstract Company | | $25.00 |
| 1116. UCC Search | to Guaranty Abstract Company | | $85.00 |
| 1117. Payoff Delivery | to Guaranty Abstract Company | | $35.00 |
| 1118. Wire Fee | to | | |
| 1119. Title Insurance Binder | to | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fees Deed ; Mortgage ; Rel $15.00 | to Guaranty Abstract Company | | $15.00 |
| 1202. City/county tax/stamps Deed ; Mortgage | to Tulsa County Treasurer | | |
| 1203. State tax/stamps Deed $150.00 ; Mortgage | to Guaranty Abstract Company | | $150.00 |
| 1204. Mortgage Certification Fee | to Tulsa County Treasurer | | |
| 1205. Courier/Messenger Fee | to | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Survey | to White Surveying Co. | | $300.00 |
| 1302. Pest Inspection | to | | |
| 1303. EMP Inspection | to | | |
| 1304. Structural Fee | to | | |
| 1305. FHA Non-Allowable Costs | to | | $120.00 |
| 1306. Repairs, per contract | to | | $1,000.00 |
| 1307. Legal Fees | to Hampton Roads Legal Services | | $500.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | $10,690.00 |

Matthew Casciani
Kristin Melissa Casciani
PO Box 64875
Virginia Beach, VA 23467

Office of the U.S. Trustee
Federal Building Room 625
200 Granby Street
Norfolk, VA 23510

Equifax Credit
Information Services, Inc
P.O. Box 740241
Atlanta, GA 30374

TransUnion Consumer Solutions
PO Box 2000
Crum Lynne, PA 19022

ChexSystems
Attn: Consumer Relations
7805 Hudson Rd., Ste. 100
Saint Paul, MN 55125

TeleCheck Services, Inc.
5251 Westheimer
Houston, TE 77056

Recovery Management Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL 33131-1605

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Internal Revenue Service
400 N 8th Street Box 76
Richmond, VA 23219

Virginia Dept of Taxation
Office of Customer Services
Post Office Box 2156
Richmond, VA 23218-2156

Experian
701 Experian Parkway
Allen, TX 75013

ADT
P. O. Box 650485
Dallas, TX 75265-0484

Barclays Bank Delaware
Attention: Customer Support Department
Po Box 8833
Wilmington, DE 19899

Bb&t
P O Box 2027
Greenville, SC 29602

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156

Chase - Cc
Attention: Bankruptcy Department
Po Box 15298
Wilmington, DE 19850

Chase Bank
PO Box 15153
Wilmington, DE 19886

Citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64915

Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062

Deborah S. Kirkpatrick, Esq.
P. O. Box 10275
Virginia Beach, VA 23450-0275

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Discover Personal Loan
Po Box 30954
Salt Lake City, UT 84130

ECast Settlement Corp
P.O. Box 35480
Newark, NJ 07193

Guaranty Abstract Co
2705 E. 21st St.
Tulsa, OK 74114

Paul Wheeler
Accent Realtors
4625 S. Harvard Avenue
Tulsa, OK 74135

Samuel I. White, PC
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

Seterus (Succesor to SunTrust)
14523 Millikan Way
Suite 200
Beaverton, OR 97005

Suntrust Mortgage/cc 5
Attention: RVW3034
1001 Semmes Ave
Richmond, VA 23224